■ GLEN 4912 CORP., Respondent, v. ISABELLE S. STRAUSS, Also Known as ISABELLE S. SILVERMAN, Appellant.— In an action against the seller for specific performance of a contract of sale of a real property interest, defendant appeals from an order-judgment of the Supreme Court, Kings County, dated April 5, 1972, which granted plaintiff's motion for summary judgment. Order-judgment reversed, with $10 costs and disbursements, and motion

denied. In our opinion there are triable issues of fact to be determined. Hopkins, Acting P. J., Munder, Christ, Brennan and Benjamin, JJ., concur.